1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7    CRAIG R. DUTTWEILER,                        Case No.  14-cv-04809-HSG
                    Plaintiff,
8
                 v.                              **ORDER EXTENDING DEADLINES**
9
                                                 Re: Dkt. No. 23
10   TRIUMPH MOTORCYCLES (AMERICA)
     LTD.,
11                  Defendant.
12
13          On February 20, 2015, the parties submitted a stipulation requesting extensions to three
14   deadlines: (1) the plaintiff's February 19, 2015 deadline to file a First Amended Complaint
15   ("FAC"); (2) the defendant's deadline to respond to the FAC; and (3) the parties' March 2, 2015
16   deadline to file a Joint Case Management Statement.
17          The Court notes that plaintiff's deadline to file a FAC had already passed by the time the
18   parties' stipulation was filed.  It is improper to request an extension after failing to comply with a
19   Court order.  The plaintiff does not explain why an extension of time could not have been
20   requested sooner or why the 30 day period afforded the plaintiff to file the FAC was insufficient.
21   In short, the parties have provided no good cause to move the identified deadlines.
22          Notwithstanding this failure, the Court will set the schedule as follows:
23          First, plaintiff will file the FAC no later than March 13, 2015.  No further extensions will
24   be granted.
25          Second, the parties shall file a Joint Case Management Statement complying with the
26   Court's February 13, 2015 reassignment order no later than March 27, 2015.
27
28

United States District Court
Northern District of California

1

**Third**, defendant will file a response to the FAC no later than April 30, 2015.

2

3    **IT IS SO ORDERED**.

4    Dated:   2/20/2015

5

6    HAYWOOD S. GILLIAM, JR.
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28