UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG R. DUTTWEILER,<br><br>        Plaintiff,<br><br>   v.<br><br>TRIUMPH MOTORCYCLES (AMERICA) LTD.,<br><br>        Defendant. | Case No. 14-cv-04809-HSG<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 57 |

On March 8, 2016, the parties filed a stipulation to dismiss Plaintiff's claims with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii). The Court GRANTS the stipulation and dismisses the case with prejudice as to the named plaintiff. The putative class claims, however, are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 9, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge